USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTIN LEVY,

                 Plaintiff,

        -against-

NYC HEALTH + HOSPTIALS, MEDICAL
STAFFING SERVICES, INC.

                Defendants.
------------------------------------------------------------------X

21-CV-9142 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 24, 2022, Defendants filed motions to dismiss the complaint, Dkt. 16; Dkt. 19;

    IT IS HEREBY ORDERED that any response in opposition to the motion is due no later than **Friday, February 11, 2022** and any reply in support is due no later than **Friday, February 25, 2022**. The Court reminds Plaintiff that in lieu of responding to the motions to dismiss, Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases.

    IT IS FURTHER ORDERED that the Court will schedule an initial pretrial conference by separate order.

**SO ORDERED.**

Date: January 25, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**