USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
KRISTIN LEVY, :
                           Plaintiff, :
:    21-CV-9142 (VEC)
        -against- :
:    ORDER
:
NYC HEALTH + HOSPTIALS, MEDICAL :
STAFFING SERVICES, INC. :
:
                         Defendants. :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 24, 2022, Defendants filed motions to dismiss the complaint, Dkt. 16; Dkt. 19;

      WHEREAS on February 11, 2022, Plaintiff filed an amended complaint in lieu of responding in opposition to the motion to dismiss, Dkt. 26; and

      WHEREAS pursuant to Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases, if a Plaintiff elects to amend its pleading in response to a motion to dismiss, the Court will deny the motion to dismiss as moot.

      IT IS HEREBY ORDERED that Defendants' motions to dismiss are DENIED as moot.

      The Clerk of Court is respectfully directed to close the open motions at docket entries 16 and 19.

**SO ORDERED.**

Date:  February 15, 2022                                            **VALERIE CAPRONI**
       New York, NY                                                **United States District Judge**